UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

JACQUELINE D. FRANKLIN,  Case No. 18-42004-MLO
  Honorable MARIA OXHOLM
　　Debtor.  Chapter 13

23309 Stromp Court
Trenton, MI 48183
XXX-XX-9483
_____/

## NOTICE OF APPEARANCE AND
## REQUEST TO BE PLACED ON THE MATRIX

**PLEASE TAKE NOTICE** that Shakeena G. Melbourne of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Ford Motor Credit Company LLC, and pursuant to Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan, 48326.

　　　　　　　　　　　　　　　　　　　Respectfully submitted;

　　　　　　　　　　　　　　　　　　　**KILPATRICK & ASSOCIATES, P.C.**

　　　　　　　　　　　By:　/s/ *SHAKEENA G. MELBOURNE*
　　　　　　　　　　　　　　RICHARDO I. KILPATRICK, ESQ. (P35275)
　　　　　　　　　　　　　　SHAKEENA G. MELBOURNE, ESQ.(P78958)
　　　　　　　　　　　　　　Attorneys for Creditor Ford Motor Credit Company LLC
　　　　　　　　　　　　　　903 North Opdyke Road, Suite C
　　　　　　　　　　　　　　Auburn Hills, MI 48326
　　　　　　　　　　　　　　ecf@kaalaw.com
Date: February 22, 2018　　(248) 377-0700