# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

JACQUELINE D. FRANKLIN,              Case No. 18-42004-MLO
                                     Honorable MARIA OXHOLM
       Debtor.                       Chapter 13

23309 Stromp Court
Trenton, MI 48183
XXX-XX-9483

_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

    **PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address:  Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

        Respectfully submitted,

        KILPATRICK & ASSOCIATES, P.C.
        Attorney for the Wayne County Treasurer

        /S/RICHARDO I. KILPATRICK
        RICHARDO I. KILPATRICK (P35275)
        615 Griswold, Suite 1305
        Detroit, MI 48226-3985
        (248) 377-0700
        ecf@kaalaw.com

Dated: March 27, 2018