IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

IN RE:     Jacqueline Franklin                                  Case No. 18-42004-mlo
                                                                Chapter 13
                                                                Hon. Maria L. Oxholm

           Debtor's
           _____/

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE THAT** West Grove Condominiums hereby gives notice as follows: Pursuant to 11 U.S.C §342(f)(1), West Grove Condominiums hereby requests that:

(i)    All notices given or required to be given in the case; and
(ii)   All pleadings and correspondence served or required to be served in this case,

regarding West Grove Condominiums should be directed to Kocienski & Associates, P.C. at the following mailing address effective immediately:

   Att: Kocienski & Associates, P.C.
        West Grove Condominiums
        6842 Park Ave, Ste 1
        Allen Park, MI 48101

   This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of The Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, fax or otherwise which affects or seeks to affect the above case.

Respectfuly Submitted

**/s/ RICHARD H. KOCINSKI**
**RICHARD H. KOCIENSKI (P27289)**
**Attorney for West Grove Condominiums**
**6842 Park Ave, Ste 1**
**Allen Park, MI 48101**
**313-389-5800**
**313-389-5836 Fax**
**Bankruptcy@kocienskilaw.com**

Date: April 24, 2018