# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In the Matter of:

| | |
|---|---|
| Jacqueline D. Franklin, | Chapter 13 |
| P.O. Box 1173 | Case No. 18-42004 |
| Trenton, MI 48183 | Judge Maria Oxholm |
| xxx-xx-9483 | |

                Debtor.
_____/

## CORRECTED ORDER ALLOWING DEBTOR
## TO OBTAIN CREDIT TO PURCHASE A VEHICLE

Debtor Jacqueline D. Franklin and the Chapter 13 Trustee Tammy Terry agree to the entry of this Order Allowing Debtor to Obtain Credit, the Court finding no creditors are prejudiced:

IT IS HEREBY ORDERED that the specific terms and conditions of this transaction, as agreed, are as follows:

1. Debtor Jacqueline D. Franklin may enter into a vehicle purchase agreement to purchase a 2017 Chevrolet Sonic.

2. Credit Acceptance Corporation may provide Debtor the funds necessary to purchase the vehicle.

3. The amount financed shall not be higher than $15950.20; the interest rate shall not be higher than 22.99%, the term of the loan shall not exceed 60 months;

the amount of the monthly payment shall not be higher than $449.55; and Debtor shall repay the loan direct.

4.     Debtor has 30 days after entry of this order to complete the purchase, and within 14 days of completing the purchase she must provide to the Trustee a copy of the completed purchase agreement.

5.     Debtor shall file amended Schedules I and J and amended Chapter 13 Plan within 14 days of obtaining the loan.

**Signed on February 25, 2019**

6.



/s/ Maria L. Oxholm
_____
Maria L. Oxholm
United States Bankruptcy Judge