UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Jacqueline D. Franklin**

,

Debtor(s).

_____ /

CHAPTER 13

CASE NO: **18-42004**

JUDGE **Maria Oxholm**

## **ORDER CONFIRMING PLAN**

Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of  **Babut Law Offices. PLLC,** Attorney for Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **2,800.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

☒ Debtor's Plan payment shall be $170.74 per weekly pay period effective March 18, 2019.

☒ Class 9 unsecured creditors shall receive no less than $21,753.39.

☒ Trustee's rights to object to budget items if plan is amended to pay less than a 100 percent dividend to general unsecured creditors are reserved.

**Objections Withdrawn**

Approved:

/s/Tammy L. Terry
Chapter 13 Standing Trustee
**TAMMY L. TERRY**
535 Griswold, Suite 2100
Detroit, MI 48226
(313 967-9857

**/s/ William C. Babut**
**William C. Babut P41099**
**BABUT LAW OFFICE, P.L.L.C.**
Attorney for Debtor(s)
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
wbabut@babutlaw.com

**Signed on April 17, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge